THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM WADE, Appellant.

Argued June 7, 1943; decided July 20, 1943.

*Joseph F. Kosman, Harry Geist, David Scher* and *Charles Forster* for appellant.

*Elbert T. Gallagher, District Attorney (John J. Dillon* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.